Joseph Yagodnik, appellant, v. H. Buchman, appellee. Gen. No. 40,091.

Opinion filed June 30, 1938. Rehearing denied July 12, 1938.
John H. Roser, for appellant. Morton S. Schnad, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

National Republic Company, appellant, v. W. A. Wieboldt et al., appellees. Gen. No. 39,062.

Opinion filed June 30, 1938.
Defrees, Buckingham, Jones & Hoffman, for appellant; Geo. T. Buckingham and William H. Winslow, Jr., of counsel. McNab, Holmes & Long and Albert Fink, for appellees; Albert Fink and Albert S. Long, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

John Emerson, appellant, v. Guy A. Richardson et al., appellees. Gen. No. 40,040.

Opinion filed June 30, 1938.
Frank P. Kronenberg and Benjamin & Friedlander, for appellant; Frank P. Kronenberg, of counsel. Frank L. Kriete, C. C. Cunningham and Arthur J. Donovan, for appellees; John R. Guilliams, of counsel.
Mr. Justice Matchett delivered the opinion of the court.